# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:21-cr-121-HES-MCR

JUAN CARLOS ARTEAGA

## REPORT AND RECOMMENDATION[1]
## CONCERNING PLEA OF GUILTY

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 1.02, M. D. Fla. Rules, and has entered a plea of guilty to Count One of the Information. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**DONE** and **ORDERED** in Jacksonville, Florida on this 12th day of November, 2021.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have agreed to waive the fourteen (14) day objection period to this Report and Recommendation. 28 U.S.C. §636(b)(1)(B).

2

Copies furnished to:
Honorable Harvey E. Schlesinger,
United States District Judge
Timothy Luksha, Courtroom Deputy
Counsel of Record
United States Probation Office
United States Marshal Service
United States Pretrial Services

2

Copies furnished to:
Honorable Harvey E. Schlesinger,
United States District Judge
Timothy Luksha, Courtroom Deputy
Counsel of Record
United States Probation Office
United States Marshal Service
United States Pretrial Services