UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                    Case No. 3:21-cr-121-HES-MCR

JUAN CARLOS ARTEAGA,
    Defendant.
_____/

## ORDER OF FORFEITURE

**THIS CAUSE** comes before the Court upon the Plaintiff's "Motion for Forfeiture" (Dkt. 24) against Defendant in the amount of $843,187.00.

Being fully advised of the relevant facts, the Court hereby finds that at least $843,187.00 was obtained by Defendant as a result of a wire fraud scheme, to which he has pleaded guilty. (Dkt. 15)

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion for Forfeiture (Dkt. 24) is **GRANTED**.

2. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), Defendant shall be held liable for an order of forfeiture in the amount of $843,187.00.

3. Because the $843,187.00 in proceeds was dissipated by Defendant, Plaintiff may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), forfeiture of any of Defendant's property up to the value of $843,187.00.

4. This order shall become a final order of forfeiture as to Defendant at sentencing.

5. The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the order of forfeiture.

**DONE AND ENTERED** at Jacksonville, Florida, this 22nd day of December, 2021.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
AUSA Mai Tran
Counsel of Record

2